IN THE UNITED STATES DISTRICT COURT

LIVIA M. SCOTTO ET AL
ANGELA M. SCOTTO ET AL
CARMELA A. SCIABARRA

-against-

Dr. CHARLES DEVINE ET AL
Dr. RAVNET SANDU
    ET AL
BRANDON RIVERVIEW
Dr. ASSOCIATES ET AL
    Dr. JAGDEEP SANDU
USVA TAMPA V.A. R. MACDONALD
Dr. BRUCE ANTHONY ET AL
AND ALL AND ANY ENTITIES
FILED HERETOFORE

Complaint for a Civil Case

Case No. 8·16-CV-3375-T-23AEP
(to be filled in by the Clerk's Office)

ADDITIONAL CLAIMS

Jury Trial:  ☐ Yes   ☐ No
        (check one)

MEDICAL MALPRATICE
LIST OF ADDITIONAL
DEFENDENTS ET AL
WRONGFUL DEATH
VETINERARY MALPRATICE

MEDICAL NEGLIGENCE

ACCIDENT DAMAGES
PREMISE LIABILITY
    UN AUTHORIZED
AMPUTATION
    OF GREYHOUND
STRICT LIABILITY
CAUSE IN FACT
ABSOLUTE  "DUTY"
    LIABILITY
        OF FAILURE TO ACT
IN THE STANDARD
        OF CARE.



*[handwritten: ATTN: US CAFAC Supreme Court   202 275 9675   202-479-2926]*

*Not Published*

UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

*[handwritten: 13- 0749]*

NO: 11-2783

*[handwritten: 1 OF 5]*

LIVIA M. SCOTTO, APPELLANT,

V.

ERIC K. SHINSEKI,
SECRETARY OF VETERANS AFFAIRS, APPELLEE.

*[handwritten: JUDICIAL OFFICERS   I FILED IN TIME   RETRIEVE FROM CLOUD AS EVIDENCE]*

**JUDGMENT**

The Court has issued a decision in this case. The time allowed for motions under Rule 35 of the Court's Rules of Practice and Procedure has expired. *[handwritten: (Lie)]*

*[handwritten: JUDICIAL NEGLIGENCE   JUDICIAL MISCONDUCT   PROOF OF SERVICE]*

Under Rule 36, judgment is entered and effective this date.

*[handwritten: NOTICE OF DISAGREEMENT   FILED BY ECF   UPS   USPS   FEDEX, & ECF]*

Dated: April 5, 2013

*[handwritten: D]*

FOR THE COURT:

GREGORY O. BLOCK
Clerk of the Court

*[handwritten: VRO]*

By: /s/ Willette Cash
Deputy Clerk

*[handwritten: 38 CFR]*

*[handwritten: OGC VIOLATIONS OF 28 USC]*

Copies to:

*[handwritten: ERRORS IN COMPUTATION OF TIME BY USVA]*

Livia M. Scotto

*[handwritten: MEDICAL AFFIRMATIVE CLAIM   GTAL]*

VA General Counsel (027)

*[handwritten: 11-2783   13-0749]*

IN THE UNITED STATES DISTRICT COURT

LIVIA M. SCOTTO      ET AL
ANGELA M. SCOTTO
            Vs
      LORETTA LYNCH ETAL
JESSICA M. MCLEAN ET AL
ROBERT MCDONALD ETAL
U.S. V.A. ET AL
ELAINE D. KAPLAN ETAL
M & V LAWN SERVICES
            ET AL
Dr. BRUCE ANTHONY
            ET AL
      Dr. SANDU ET AL
      BRANDON RIVERVIEW
      ASSOCIATES,
AND ALL OTHER ENTITLES
   AND ALL AND ANY
      DEFENDENTS FILED
HERETOFORE PHYSICIAN
ET AL NEGLIGENCE
ALL
FILED
HERETOFORE DEFENDENTS, ACTORS, CULPABLE

Complaint for a Civil Case

Case No. _____
(to be filled in by the Clerk's Office)
42 U.S.C § 1983

Jury Trial:  ☐ Yes  ☐ No
      (check one) DEMAND DAMAGES
FOR PRIVATE, BODILY HARMS
PROPERTY, HARMS, SPECIFIED
§ 432 § 431, ACCIDENT
   HARMS, MENTAL, PHYSICAL
ANIMAL HARMS, § 311
   CITRUS TREES
AGRICULTURAL § 382
PRODUCTS, LOSSES'
LEGAL CAUSE, LIABILITIES
TORTS, CHATTELS, THEREOF,
PREMISE DESTRUCTION
CAUSE IN FACT OF DEATH

WRONGFUL DEATH
   ACCIDENT CAUSE OF BRAIN IMPAIRMENT
      VETENERY MALPRACTICE (AMPUTATION
STANDARD OF CONDUCT,

IN THE UNITED STATES DISTRICT COURT

LIVIA M. SCOTTO

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

UNITED STATES ET AL
JUDICIAL OFFICERS
EDNY, SDNY, Hawai Houston

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

AND ALL AND ANY
ENTITIES CORPORATIONS
HERETOFORE FILED ETAC

**Complaint for a Civil Case**

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial:   ☐ Yes   ☐ No
_(check one)_

NOTICE OF RECUSAL
OF JUDICIAL
OFFICERS ON
POLITICALLY MOTIVATED
DECISION.

2016 DEC -8



6. Because of the plaintiff's:

   (a) ☑ race

   (b) ☑ color

   (c) ☑ sex

   (d) ☐ religion

   (e) ☑ national orgin,

the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☑ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☑ other: _Sexual Assault Harr_

                 _Rape Torture_

                      _Kidnapping_

                      _Denial of Salary, Expenses._

7. When and how the defendant has discriminated against the plaintiff:

    _Sexual Assaults_

    _Denial of Wages, Pay,_

    _Racial & Verbal Abuse_

8. The plaintiff requests that the defendant be ordered:

   (a) ☐ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☐ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

**Editorial Advisory Board**
**Little, Brown and Company**
**Law Book Division**

**Richard A. Epstein**
James Parker Hall Distinguished Service Professor of Law
University of Chicago

**E. Allan Farnsworth**
Alfred McCormack Professor of Law
Columbia University

**Ronald J. Gilson**
Professor of Law
Stanford University

**Geoffrey C. Hazard, Jr.**
Sterling Professor of Law
Yale University

**James E. Krier**
Earl Warren DeLano Professor of Law
University of Michigan

**Elizabeth Warren**
Professor of Law
University of Pennsylvania

**Bernard Wolfman**
Fessenden Professor of Law
Harvard University

# Conflict of Laws
# Cases and Materials

**Third Edition**

## Lea Brilmayer
Nathan Baker Professor of Law, Yale Universi

## James A. Martin
Late Professor of Law, University of Michigar



**Little, Brown and Company**
**Boston   Toronto   London**

## Fax Send Image

```
Date & Time              : OCT-27-2016 03:23PM THU
Model Name               : B1165nfw Mono MFP
Machine Serial Number    : 63X2V02
```

| No. | Name/Number | Start Time | Time | Mode | Page | Resul |
|-----|-------------|------------|------|------|------|-------|
| 105 | 212963255 | | | | | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK OF COURT
USDC MIDDLE DIST.
801 N FLORIDA AVE.
TAMPA, FLORIDA

9590 9402 2160 6193 7083 51

2. Article Number (Transfer from service label)

7016 0910 0000 0805 1408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name)     C. Date of

D. Is delivery address different from item 1?  ☐ Ye
If YES, enter delivery address below:  ☐ N

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Ex
☐ Registered Mail
☐ Registered Mail Delivery
☐ Return Receipt Merchandise
☐ Signature Confi
☐ Signature Confi Restricted Deliv

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S.D.C.
U.S. COURTHOUSE
CLERKS' OFFICE - MIDDLE DIST
801 NORTH FLORIDA AVE.
TAMPA, FLORIDA 33602

9590 9403 0339 5155 4690 43

2. Article Number

7015 3010 0000 7362 6953

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)     C. Date o
H Bickman                          11-1

D. Is delivery address different from item 1?  ☐ Y
If YES, enter delivery address below:  ☐ N

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Ex
☐ Registered Ma
☐ Registered Ma Delivery
☐ Return Receipt Merchandise
☐ Signature Conf
☐ Signature Conf Restricted Del

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return

## Fax Send Image

| Date & Time | : NOV-16-2016 04:23PM WED |
|---|---|
| Model Name | : B1165nfw Mono MFP |
| Machine Serial Number | : 63X2V02 |

| No. | Name/Number | | Start Time | Time | Mode |
|---|---|---|---|---|---|
| 158 | 523802424 | | 11-16 16:22PM | 00 00" | ECM |

VALRICO
2406 E STATE ROAD 60
VALRICO
FL
33594-9998
1191500345
11/04/2016   (800)275-8777   3:39 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 1-Day | 1 | $18.50 |
| (Domestic) | | |
| (TAMPA, FL  33602) | | |
| (Weight:19 Lb 2.6 Oz) | | |
| (Expected Delivery Day) | | |
| (Saturday 11/05/2016) | | |
| Certified | 1 | $3.30 |
| (@@USPS Certified Mail #) | | |
| (70160910000007970830) | | |
| PM 1-Day | 1 | $18.50 |
| (Domestic) | | |
| (TAMPA, FL  33602) | | |
| (Weight:19 Lb 2.6 Oz) | | |
| (Expected Delivery Day) | | |
| (Saturday 11/05/2016) | | |
| Certified | 1 | $3.30 |
| (@@USPS Certified Mail #) | | |
| (70160910000007970830) | | |
| Return | 1 | $2.70 |
| Receipt | | |
| (@@USPS Return Receipt #) | | |
| (95909402216061937021144) | | |
| Affixed | 1 | ($21.80) |
| Postage | | |
| (Affixed Amount:$21.80) | | |
| 15 x 12 x 10 | 1 | $3.49 |
| box | | |
| (Unit Price:$3.49) | | |

| Total | $27.99 |
|---|---|

Debit Card Remit'd            $27.99
  (Card Name:Debit Card)
  (Account #:XXXXXXXXXXXX2493)
  (Approval #:      )
  (Transaction #:065)
  (Receipt #:004210)
  (Debit Card Purchase:$27.99)
  (Cash Back:$0.00)
ludes up to $50 insurance

Proof   of   Service
and
Notice to the Court

USAG. Legal Advisor

Judge McCoy
Judge Scriven

11/17/2016    (800

Product
Description

CshnMlri4.25"
x20"
  (Unit Price:$2.
PM 3-Day
  (Domestic)
  (TRENTON, NJ  0
  (Weight:6 Lb 15
  (Expected Deliv
  (Monday 11/21/2
Certified
  (@@USPS Certif
  (70151520000032
Return
Receipt
  (@@USPS Return
  (95909402216061
PM 3-Day
  (Domestic)
  (NEWARK, NJ  07
  (Weight:6 Lb 4
  (Expected Deliv
  (Monday 11/21/2
Certified
  (@@USPS Certif
  (70151520000032
Return
Receipt
  (@@USPS Return
  (95909403033339
PM 3-Day
  (Domestic)
  (CAMDEN, NJ  08
  (Weight:4 Lb 1
  (Expected Deliv
  (Monday 11/21/2
Certified
  (@@USPS Certif
  (70151520000032
Return
Receipt
  (@@USPS Return
  (95909403033339
PM 3-Day
  (Domestic)
  (NEW YORK, NY
  (Weight:4 Lb 13
  (Expected Deliv
  (Monday 11/21/2
Certified
  (@@USPS Certif
  (70151520000032
Return
Receipt
  (@@USPS Return
  (95909403033339
PM 1-Day
  (Domestic)
  (TAMPA, FL  33
  (Weight:0 Lb 1
  (Expected Deli
  (Friday 11/18/
Certified
  (@@USPS Certif
  (70153010000C
Return
Receipt
  (@@USPS Return
  (95909403033339
PM 3-Day
Padded FR Env

JUL-14-2010 10:40 From:                                    To: 93202501584B                    Page:5/20



**USDA**

**Contact Information Update Form**
**Please Return Within Five Days**

ATTN LEGAL DEPT.   202.690.0311
14 JULY 2010
URGENT
NOTICE OF APPEAL

Please fill in any missing or incorrect information in the space provided below.

NAME: LIVIA SCUTTO
ADDRESS:

ATTN: LEGAL DEPT.   OFFICE OF GENERAL
LEAD COUNSEL, USDC. COUNSEL
SERVICE OF PROCESS.
ENCLOSED APPEAL OF
VIOLATIONS & DISCRIMINATION

PHONE: not listed

FA.
EMAIL:
RACE: Not listed
SEX: Not listed

ON CLASS ACTION (BEYOND SOIL)
LAWSUITS PENDING TO AFRICAN AMERICANS
WITHIN FEDERAL TORT LAW
& LAWSUITS THIS IS RACISM IN FILING AS I FILED
APPEALS

As THE USDA. HAS PAID

| Full Name: | Scotto | Livia | M. |
|---|---|---|---|
| | Last | First | M.I. |

Address:
Street Address                                          Apartment/Unit

City                    State                          Zip Code

Home Phone:            Other Phone:            Fax:

Email:            Race:            Sex:

*Scotto* LIVIA M. Scotto
ATTN: USDA Signature   M. WOMACK   Date
I HEARINGS & ADJUDICATION, REQUEST FOR OFFICE OF SPECIAL
USDA STAFF LUPA @ 1730 "M" ST. COUNSEL-
SCOTT- BLOCH
THE HEARINGS & ADJUDICATIONS LEGAL DIVISION
OF THE USDA & SCOTT BLOCH,
USDC. HON. HI & S.F CA, 9TH CIRCUITS
EX PARTE SUBPOENA DUCES TECUM, & DESIGNATED Records
OR ALL & ANY RECORDS. COMPLAINTS FILED BY VENUES ARISE

JUL-14-2010  17:22                                    97%                    P.05

# HISTORY

## OF THE

# AMERICAN LAW INSTITUTE

### AND THE

# FIRST RESTATEMENT OF THE LAW

## "How We Did It"

### By WILLIAM DRAPER LEWIS, *Director*

## The Organization of the Institute[1]

The desire of the legal profession for an orderly statement of our Common Law led to the formation of the American Law Institute in 1923. There existed then, as there exists now, a growing feeling among the members of the legal profession that the profession owes a duty to the public to improve the administration of justice. Many lawyers felt that the "growing indigestible mass of decisions" threatened the continuance of our common law system of expressing and developing law.

In December 1914 Wesley N. Hohfeld of Yale read a paper before a meeting of the Association of American Law Schools on a "Vital School of Jurisprudence and Law." At the same meeting Joseph H. Beale of the Harvard Law School read a paper on "The Necessity for a Study of the Legal System." The following year

[1] The Proceedings of the American Law Institute, Volume I, published in the fall of 1923 covers the steps taken in the spring of 1922 by those who desired to form the Institute; also the organization meeting in Washington, D. C. February 23, 1923 and the things done in the spring of that year which enabled the work on the Restatement to begin in June. The Volume is divided into three parts: (1) "Report of the Committee on the Establishment of a Permanent Organization for the Improvement of the Law proposing the establishment of an American Law Institute"; (2) an account of the proceedings of the Organization of the Institute; (3) "Minutes of the Meetings of the Council and its Executive Committee with an Appendix including the Statement of the Council in analysing to the Council ...

## CONTENTS

|  | PAGE |
| --- | --- |
| PARALLEL TABLES OF PRELIMINARY AND PERMANENT SECTION NUMBERS: |  |
| Agency, Vols. I and II | 983 |
| Conflict of Laws | 986 |
| Contracts | 990 |
| Judgments | 995 |
| Property, Vols. I, II, III, IV and V | 996 |
| Restitution | 1004 |
| Security | 1005 |
| Torts, Vols. I, II, III and IV | 1007 |
| Trusts | 1014 |
| Model Code of Evidence | 992 |

IN THE OFFICE OF GENERAL COUNSEL ON JUDICIAL CONDUCT



# UNITED STATES COURT OF APPEALS
## for the NINTH CIRCUIT

Chief Judge M... ... ...ted States C...rt of Appeals Execut

## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

Livia M. Scotto
2710 Golf Heights Circle
Valrico, FL 33596

JUDGEMENT
REVERSAL IN
VENUE TAMPA
PETITION ON FL.
28 USC § 1961 APPEAL
28 USC § 1651 PURSUANT TO RULE 40
OF SUPREME COURT FOR
INFORMA PAUPERIS
EXECUTION FOR
LEVY & LEIN
FOR DAMAGES
PUNITIVE & SPECIAL
HOUSING DISCRIMINAT.
GROSS NEGLIGENCE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

LIVIA M. SCOTTO,
Plaintiff
vs.
THE CORPORATION TRUST, et al.
& Defendants

CV. NO. 10-00120 DAE-LEK
10·00237
(Annex) 10 15834
30360
27527
7CO0300713 BW)

& U.S. D.H. & HS ET AL.
U.S. D. HUD. ET AL., H.S.SS ET AL,
STATE OF HAWAII ET AL U.S.D.OL ET AL
HPHA ET AL, CDC HON & MAUI ET AL
1·1981 ET AL
DEFENDANTS

SUMMONS & SENT BY
U.S. MAIL, SERVICE OF
PROCESS TO
BE SERVED
BY U.S.
MARSHALL
UNDER
RULE
F.R.C.P.
5a
6a
7b
8a.

PETITION FOR EXECUTION & LEVY LEIN TO PAY
FOR PUNITIVE & SPECIAL DAMAGES, FOR LOSSES &
HEALTH & SAFETY VIOLATIONS, DEMAND FOR RECONNECTION
OF UTILITIES & RECOUPMENT OF ROBBERIES, THEFTS &
OTHER INVASION OF PRIVACY VIOLATIONS & ENERGENCY RELIEF
FOR ALL & ANY PREVIOUSLY FILED CASES FILED IN VENUES
ABOVE & IN SUPREME COURT & HAWAII CIRCUIT COURT
& HAWAII SUPREME COURT, & THE NINTH CIRCUIT.
CASE #'S ABOVE

RESPECTFULLY
FILED
BY· U.S.MAIL.
NEED TO
FORK.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0 _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Storage  860
Phone  170  N Due

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

See Above 391
860.00
170

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12 Nov. 2014

Applicant's signature

Printed name

ATTN: Gov. Rick Scott,

SUBJECT: CONFIDENTIAL,

Livia M. Scctto
2710 Golf Heights
Valrico, FL 33596

8:16-cv-02941-JSM-JSS
16-cv-9127 cm

/

NOTICE OF APPEAL
AND OF
RECUSAL
OF JUDGES
JUDGE J. MOODY. NOTICE OF RECUSAL OF JUDGES
JUDGE J. SNEED AND OF JUDGE C. McMAHON ET AL

# Fax Send Image

Page 1

```
Date & Time              : DEC-06-2016 03:13PM TUE
Model Name               : B1165nfw Mono MFP
Machine Serial Number    : 63X2V02
```

| No | Name/Number | Start Time | Time | Mode | Page | Result |
|----|-------------|------------|------|------|------|--------|
| 264 | 9737767861 | 12-06 14:47PM | 25 46" | ECM | 060/060 | OK |

Judge Esram Salvo

The following document(s) are associated with this transaction:
Document description: Main Document AND ALL AND ANY OTHER
Original filename: n/a                RELATED CASES (DIRECTLY) &
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=10/19/2016] [FileNumber=15323535-0]
[3311b0f0810b2a)fef32519962a340bbc9c12d1bbcb4b0653a89b676d7b3d915a9b5faa251d9ad8
f164c6eb97f181b)210a3eb47286516e50bd669d10002f42d]]        & INDIRECTLY
            ATTN: R. SCOTT, GOV, FLORIDA,        RELATED CASES
JUD.OFFICER. RE: USDC.FL· FILED HERETOFORE
        CASE DISMISSED WITH JUDICIAL MISCONDUCT.

     PETITION FOR RESTATEMENT IN COURT

     CASE, SECURITY & 1 & BOND EXPENSES

     PETITION FOR APPOINTMENT, OF COUNSEL

        STAY IN CONTRACT TORT

        AMENDED COMPLAINTS, SEE ENCLOSED
            SUPERASEDEAS BOND.

        PETITION FOR IRREVOCABLE RELIEF
            DEMAND FOR DAMAGES

     RECOVERY PROPERTY IN CASE CONTRACT
MOTION FOR SERVICE PROCESS SUMMONS
WARRENTS , BY U.S-MARSHALLS

        MOTION FOR RECUSAL
     SUBPOENEA OF JUDGE SNEED ET AL
                    JUDGE MOODY ET AL



# Fax Send Image

Page 1

| Date & Time | : NOV-16-2016 01:57PM WED |
| Model Name | : B1165nfw Mono MFP |
| Machine Serial Number | : 63X2V02 |

| No | Name/Number | | Start Time | Time | Mode | Page | Result |
|----|-------------|---|------------|------|------|------|--------|
| 152 | 812746358 | | 11-16 13:56PM | 00 00" | ECM | 000/013 | No Answer |

J. Sneed
J. Moody } Judicial Negligence
Notice of Recusal Thereof

C. McMahon
Judicial Notice
of Recusal

USAG. Legal Advisor  Fed Bar
cc
cc  Ethics
of    Judge Moody
Judge Sneed   Florida State Bar

Injuries Frivolous ? Wrongful Death
and Sexual    Opinion on Your
Assaults  Sociopathic Descision
Contract Fraud  Motion To Disbarment
Legal Malpractice      of Judges and
Counsel of    Other Related
Judicial Officers  Attorneys In Fact

# Fax Send Image

Page 1

| Date & Time | : DEC-05-2016 05:24PM MON |
| Model Name | : B1165nfw Mono MFP |
| Machine Serial Number | : 63X2V02 |

| No | Name/Number | Start Time | Time | Mode | Page | Result |
|----|-------------|------------|------|------|------|--------|
| 261 | 5714819090 | 12-05 17:16PM | 07 41" | ECM | 033/033 | OK |

NOTICE OF APPEAL

Case: 8:16-cv-02941-JSM-JSS

C. McMAHON D, J.

ATTN: Gov. Rick Scott.

Subject: Confidential,

NOTICE OF RECUSAL

Livia M. Scctto
2710 Golf Heights
Valrico, FL 33596

J. SNEED      ON EVIDENCE

J. MOODY     "    OF

C. McMAHON  DERILICTION

RIGHT TO SUE          OF

ON "STRONGEST CLAIM"  DUTY"

JUDICIAL CORRUPTION

DISBARMENT

EXCEPTION .

EXCLUSION OF IMMUNITY

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LIVIA M. SCOTTO,

    Plaintiff.

v.

Case No: 8:16-cv-2941-T-30-JSS

JEFF SMIESK et al.,

    Defendants.

NOTICE OF RECUSAL
AND NOTICE OF APPEAL
ON "EVIDENCE IN FACT"

## RELATED CASE ORDER
## AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and an *i pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.

It is **FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a Track Two case. All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases. Counsel and any unrepresented party shall meet within forty-five days after service of the complaint upon any defendant or the first appearance of the defendant, for the purpose of preparing and filing a Case Management Report. The parties shall utilize the Case Management Report form located at the Court's website **www.flmd.uscourts.gov** under 'Judicial Information' and under assigned Judge James S. Moody, Jr., United States District Judge. Unless otherwise ordered by the Court, a party may not seek discovery from any source before

ATTN: Gov. Rick Scott,

SUBJECT : CONFIDENTIAL,

Livia M. Scotto
2710 Golf Heights
Valrico, FL 33596

8:16-cv-02941-JSM-JSS
16-cv-9127 em

Y,
U.S ETAL

Notice of Appeal.

AND ALL & ANY
ENTITIES

AND of

FILED HERETOFORE ETAL

RECUSAL
OF JUDGES

Judge J. Moody.

Notice of Recusal of Judges

Judge J. Sneed

AND of

Judge C. McMahon ETAL
BACKGROUND
"DIRTY HANDS"

CONFLICT OF
INTEREST

SIDNY

CORRUPTION

HAWAII CA9

JUD,

GRAFTING

SDHTX.USVA D.C.
OF VENUES

HERETOFORE ET AL

To HON. JUDGE C. MCMAHON ET AL

FROM. LIVIA M. SCOTTO

IN REPLY 813 689-8726 FACIMILE

IN USDC., N.Y.

16-cv-9127

CHIEF JUDGE; COLLEEN MCMAHON ET AL

TO BE LODGED BEFORE

U.S. FED BAR

DEBRA FREEMAN

I, LIVIA M. SCOTTO, PLAINTIFF, IN ALL AND ANY FILED ABOVE (RELATED CASES FILED HERETOFORE, DISMISSED CASE, HAVE STANDING IN THIS VENUE. SWORN TO IN AFFIDAVIT, ON PROOF, OF THE PREPONDURANCE, OF EVIDENCE, DENIED BY THIS VENUE. I, DEMAND UNDER THE "RULE OF LAW" RIGHT TO BE HEARD AS I HAVE IN JUDICIAL NOTICE, SUBMITTED STATED FACTS IN CASE CONTENT, PERHAPS WAS UNJUSTLY REVIEW, PETITION TO ENLARGE TIME TO OBTAIN COUNSEL AND APPOINTMENT OF COUNSEL TO FILE PLEADING FRE -1, FOR - CASE TO CALENDER. INJUNCTION LEAVE FOR IRREVOCABLE RELIEF TORT. LAW I CANT FILE PROSE FOR DAMAGES DUE TO PHYSICAL MENTAL AS I HAVE LEUKEMIA, IN HUMAN CIVIL RIGHTS VIOLATIONS HARM AGAINST ANY ORDER OF DISMISSAL VOSD HEARD THUS DEPRIVING MY RIGHT TO SUE, TO BE FRAUD IS IN COURT, LEGAL MALPRACTICE, ECONOMIC HARM IN FACT AGAINST EVERY CODE OF CONDUCT. [SIC] WORDS - CONTRACTS IN EXHIBITS " CONCEALMENT" ASCRIBING IN EXERPTS OF BRIEFS MODEL PENAL ON THE MERITS ENCLOSED. CODE. VIOL. IN QUESTION TO DELINATE THE INTEGRITY OF VENUE FOR JURISTDICTION II L.g. lle w.D. LEWIS IS MOOT, !!, DUE TO INJURIES, I MUST ©1923 SEE ALI, RESTATEMENT OF THE LAW, AMMEND COMPLAINT

induce them to embark their money in a commercial enterprise ought to be vigilant to see that it contains such representations only as are in strict accordance with fact, and I should be very unwilling to give any countenance to the contrary idea. I think there is much to be said for the view that this moral duty ought to some extent to be converted into a legal obligation, and that the want of reasonable care to see that statements, made under such circumstances, are true, should be made an actionable wrong. But this is not a matter fit for discussion on the present occasion. If it is to be done the legislature must intervene and expressly give a right of action in respect of such a departure from duty. It ought not, I think, to be done by straining the law, and holding that to be fraudulent which the tribunal feels cannot properly be so described. I think mischief is likely to result from blurring the distinction between carelessness and fraud, and equally holding a man fraudulent whether his acts can or cannot be justly so designated. [14 App. Cas. at 376.]

Note that Parliament responded to the invitation with the Director's Liability Act, 1890, 53 & 54 Vict. ch. 64, which provides in part that a director or promoter of a corporation will be held liable for damages to purchasers of stocks and bonds unless the director or promoter can show that "he had reasonable ground to believe," and at all material times, did believe his statements to be true. The statute also contained special rules governing the liability of directors for statements in the prospectus which reflected the opinion of experts in the venture or the state of the public record. What is the appropriate standard of liability in these cases?

3. *Fraud in the marketplace today.* The question of fraud in the marketplace is regulated extensively in this country by the Securities Exchange Act of 1934, 15 U.S.C. §§78a-78kk (1976). Section 10(b), 15 U.S.C. §78j(b) (1976), of the statute provides that it shall be unlawful "To use or employ, in connection with the purchase or sale of any security . . . , any manipulative or deceptive device or contrivance in contravention of such rules and regulations as the Commission may prescribe as necessary or appropriate in the public interest or for the protection of investors." Rule 10b-5 was published by the Commission pursuant to the statute. It provides as follows:

EMPLOYMENT OF MANIPULATIVE AND DECEPTIVE DEVICES

It shall be unlawful for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange,

(a) To employ any device, scheme, or artifice to defraud,

(b) To make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or

(c) To engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person,

in connection with the purchase or sale of any security.

In Ernst & Ernst v. Hochfelder, 425 U.S. 185 (1976), the Supreme Court was asked to hold that negligent misrepresentations were actionable under

JUDGE C. MACMAHON ET AL

LETTERS ROGATORIE

TO BE LODGED BEFORE
U.S. MAGISTRATE

NOTICE OF RECUSAL
OF J. SNEED
J. MOODY

ATTN: Gov. R. Scott
STATE OF FLORIDA

   THIS "AGENCY" ENCLOSED
THE U.S.D.C. OF FLORIDA
THE FLORIDA BAR ET AL
THE SUPREME COURT ETHICS

   JUDGE MOODY ET AL
   JUDGE JULIE SNEED ET AL
     SCOTTO V. "U.S." ET AL
   JESSICA M. MCHALE ET AL

   JESSICA M. MCLEAN ET AL

   AND. ANY AND ALL
   ENTITLES, COUNSEL
   DEFENDENTS ET AL

   HERETOFORE FILED ET AL

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=10/19/2016] [FileNumber=15323535-0]
[3311b0f0810b2a)feef32519962a340bbc9c12d1bbcb4b0653a89b676d7b3d915a9b5faa251d9ad8
f164c6eb97f181b)210a3eb47286516e50bd669d10002f42d]]

Gov. R. Scott.

PETITION FOR STATE OF FLORIDA,

THE STATED FACTS IN MY CASE ARE IN FACT.
ARE OF THE MOST AGGREGIOUS IN HUMANE ACTS.
FACTUALLY, WITH EVIDENCE; DOCKET # 8:16-CV:02941-
THIS OPINION IS UNJUST AS IT IN   JSM-JSS
ESSENCE IS A POLITICALLY BIASIED DECISION,
AS I AM IN DELAY AND DENIAL OF THE RULE OF LAW
TAKEN FROM A PREVIOUSLY HELD DECISION FROM
RELATED CASES, THRU, JUDICIAL MISCONDUCT,
LEGAL MALPRATICE, I DEMAND, UNDER MY RIGHT TO
BE HEARD, IN THIS VENUE, IN QUOTED EVERY LAWBOOK
PRINTED THAT THESE JUDGES DOUBT, I KNOW BY
HEART, AS MY CASE PRESENTED EXHIBITS, SWORN
BY AFFIDAVIT, (NOTARIZED)... APPARENTLY THE JUDGE
AND MAGISTRATE FAILED IN " DUTY " "42 USC § 2000(e)(f)
28 USC § 1, 6, 89, AND THE ENTIRE USC STATUE CODES
RULES OF PROFESSIONAL CODE OF CONDUCT. I SENT CASE CITATIONS
TO SUPPORT PLEADING STATEMENTS INCLUSIVE OF INFORMA
PAUPERIS, ; STAFF ATTORNEYS IN COURT OFFICE, ARE
IN RECEIPT THEREOF.
               FIRSTLY, I REQUIRE ALL RECORDS FILED TO
BE SENT TO THE VENUE OF JURISTDICTION, IN THE MULTISTATE
ORIGIN, HERE IN FLORIDA, MY ATTORNEY IN FACT
IS LIABLE FOR ABANDONMENT, BREECH, LEGAL MALPRATICE
IN JACKSONVILLE, FLORIDA, TAMPA, FLORIDA, N.Y. HAWAII
HOUSTON, TX THESE CRIMES ARE IN CONCEALMENT OF
JESSICA M. MCLEAN, VOLKS ANWALT ET AL, N.Y. &
FLORIDA THE LEGAL MALPRATICE, BAR MEMBERS
CONCEALMENT TO MITIGATE LIABILITY, I DEMAND
REDRESS WITH COUNSEL IMMEDIATELY,

Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

Livia M. Scotto

-v-

EUROPEAN BANKING AUTH
UK. VOLKS_____ ANWALT ETAL
ANWALT JESSICA MCLEAN
ETAL Art. IV. 44.1
IPLE, DEF ETAL QUESTION OR LAW
ATTN: U.S. TREASURY, U.S STATE DEPT
FROM LIVIA K. SCOTTO NOTICE OF LIENS
ATTN: ATTORNEY FOR ON ASSETS
RECORD OF COUNSEL PAGE 10 PEN

Case No. _____

(to be filled in by the Clerk'

ART. IV, FRCP 4
§4.01 §4.02 §4.03 §4
Jury Trial: (check one) ☑Yes ☐
48 USC §1
AGENCY, BREECH DUTY§
§107(i) §478 §470 DECI
§464, TORT MALFEASAN
§279(a) FIDUCIARY, FUTU
SECURITY, §62b
DEMAND FOR SPECIFIE
DAMAGES. LOSS OF Co
INTELLECTUAL PROPER
CONVERSION, §795 B
§464h §179 e., §

**COMPLAINT FOR A CIVIL CASE** §'370 §

FOR ALL
DEFENDANTS
ANY AND ALL RESPONDENTS, §284 §196 §107 (i
ENTITIES FILED HERETOFORE HEDONIC
RESTATEMENT OF THE

The Parties to This Complaint 9 B U.L.A. IN COURT §3
305 (1962) §62b
The Plaintiff(s) UNIFORM CODE INT. INTERSTATE PROC. ACT. §3

Provide the information below for each plaintiff named in the complaint. Attach add
needed. DEMAND FOR ATTORNEY EXPENSES
SPECIFIED DAMAGES

PROPERTY DEMAND ANA, PT. [SIC]
FROM ATTN: ALB. LISBOA PT.

ON GROUNDS LUIS RODRIGUES, RCL = 2
XAVIER, SUBJECT
OF AIRPORT SHIPMEN
BANK C. PUNHERO THERE G
FRAUD ANA, PT.

Case: 8:16-cv-02941-JSM-JSS

Livia M. Scotto
2710 Golf Heights
Valrico, FL 33596

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

TAMPA, FL 33602 OFFICIAL USE

Certified Mail Fee $3.30
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $1.35
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $18.75
$
Total Postage and Fees $23.40
$
Sent To CLERK USDC TA
Street and Apt. No., or PO Box No. 801 N. FLORIDA
City, State, ZIP+4® TAMPA FL. 3
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse

10

7016 0910 0000 0796 4877

JUDGE J. MOODY, JR.

ATTN: JUDGE SNEED

PROOF OF FILED WRITTEN OBJECTIONS, CONTENTIONS NOTED IN AMENDED COMPLAINT FILED ON DATE OF CERT MAIL RECEIPT.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USDC MIDDLE DISTRICT
CLERK OF THE COURT
801 N. FLORIDA AVE.
TAMPA, FLORIDA 33596

9590 9402 2160 6193 7021 44

2. Article Number (Transfer from service label)
7016 0910 0000 0797 0830

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

TAMPA, FL 33602 OFFICIAL USE

Certified Mail Fee $3.30
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $18.50
$
Total Postage and Fees $21.80
$
Sent To USDC CLERK OF COU
Street and Apt. No., or PO Box No. 801 N. FLORIDA
City, State, ZIP+4® FL 33
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse

Postmark Here
VALRICO FL 33594
11/04/2

7016 0910 0000 0797 0830

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $11.10
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $12.85
$
Total Postage and Fees
$
Sent To

12

Postmark Here

10/14/2016

7016 0910 0000 0805 1361